FILED

2020 Mar-09  PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHTERN DISTRICT OF ALABAMA
### EASTERN DIVISION

THOMAS E. VINSON, *et al.*    )
                     )
      Plaintiffs,       )
                     )
vs.                  )     CASE No: _____
                     )
EXTREME PRODUCTS GROUP, LLC, )
*et al.*                )
                     )
      Defendants.    .    )

## AFFIDAVIT OF CHRISTOPHER LEE

1.     My name is Christopher Lee. I am over twenty-one (21) years of age and fully competent to testify as to the matters stated in Affidavit. I have been employed with KKR & Co. Inc. or one of its subsidiaries (together with its subsidiaries, "KKR") since 2006.  I am currently the Assistant Secretary of KKR & Co. Inc. and currently employed as KKR's General Counsel of Americas Private Markets and Principal Activities.

2.     I have reviewed the Complaint that was filed in the above captioned action.

3.     KKR had no involvement whatsoever with the "Body Vision IT9825 Premium Inversion Table." KKR did not (and has never) sold the inversion table, and KKR does not currently, nor has it ever, had any role in the design, manufacture, testing, assembly, warnings, or distribution of the subject inversion table.

4.     Academy is one of the portfolio companies owned by investment funds managed by KKR, but KKR had no input or involvement in the sale of the inversion table.

FURTHER AFFIANT SAITH NOT.

STATE OF NEW YORK    )
NEW YORK COUNTY      )

    Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Christopher Lee, who is known to me, who, after being duly sworn, deposes and says that she has read the above and foregoing Affidavit, and that said facts stated therein are true to the best of her knowledge and belief.

    Sworn to and subscribed before me this 6th day of March, 2020.

Notary Public
My Commission
Expires: _10/3/2023_
(OFFICIAL NOTARY SEAL)

Dared Kim
Notary Public - State of New York
Notary No. 02KI6249314
Qualified in New York County
My Commission Expires Oct 3, 2023

2023