# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHTERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| THOMAS E. VINSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE No: _____ |
| ) | |
| EXTREME PRODUCTS GROUP, LLC, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF ANGELA HIGBY

1.  My name is Angela Higby. I am over twenty-one (21) years of age and fully competent to testify as to the matters stated in this Affidavit. I have been employed with Academy since May 12, 2014. I am currently employed as the Senior Buyer for Sports & Recreation - Fitness.

2.  I have reviewed the Complaint that was filed in the above captioned action and Academy's business records relating to the "Body Vision IT9825 Premium Inversion Table."

3.  Academy does not currently, nor has it ever, had any role in the design, manufacture, testing, assembly, or warnings of the subject inversion table.

4.  Academy purchases the inversion table from Extreme Products and sells those products, in the box, to customers. The customers are in charge of completing any necessary assembly.

{B3421253}

FURTHER AFFIANT SAITH NOT.

_____
Angela Higby
Senior Buyer
Academy, Ltd., d/b/a Academy Sports + Outdoors

STATE OF TEXAS       )
HARRIS COUNTY        )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Angela Higby, who is known to me, who, after being duly sworn, deposes and says that she has read the above and foregoing Affidavit, and that said facts stated therein are true to the best of her knowledge and belief.

Sworn to and subscribed before me this 9th day of March, 2020.

_____
Notary Public
My Commission
Expires:_____
(OFFICIAL NOTARY SEAL)

ENEIDA LISSETTE CENTENO
Notary Public, State of Texas
Comm. Expires 11-09-2021
Notary ID 11780753

{B3421253}                                  2