# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THOMAS E. VINSON, *et al.* | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )   CASE No: _____ |
| EXTREME PRODUCTS GROUP, LLC, *et al.* | )<br>)<br>) |
| Defendants. | ) |

## CONSENT TO REMOVAL

Defendant, Extreme Products Group, LLC, hereby consents to and joins in the removal of this action to the United States District Court for the Northern District of Alabama – Eastern Division.

Respectfully submitted,

_____
Lea Richmond, IV
Dennis Vann, Jr.
CARR ALLISION
100 Vestavia Parkway
Birmingham, AL 35216
*lrichmond@carrallison.com*
*dvann@carrallison.com*

*Attorneys for Extreme Products Group, LLC*

{B3434049}