# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHTERN DISTRICT OF ALABAMA
# EASTERN DIVISION

THOMAS E. VINSON, *et al.*

    Plaintiffs,

vs.

EXTREME PRODUCTS GROUP, LLC, *et al.*

    Defendants.

CASE No: 1:20-CV-000321-CLM

## DECLARATION OF SUSAN SESSIONS

1. My name is Susan Sessions. I am over twenty-one (21) years of age and fully competent to make this Declaration. I am an authorized representative of Academy, Ltd. My position is VP Tax.

2. I am familiar with the ownership structure of Academy, Ltd.

3. The ownership structure of Academy, Ltd. is, in part, as follows: Academy, Ltd.'s sole general partner is Academy Managing Co., LLC, a Texas limited liability company, and its sole limited partner is Associated Investors, LLC, a Delaware limited liability company. Academy Managing Co., LLC and Associated Investors, LLC are each wholly owned by New Academy Finance Company, LLC which in turn is wholly owned by New Academy Holding Company, LLC.

I declare under penalty of perjury of the laws of the United States and the State of Alabama that the foregoing is true and correct.

Dated: May 7, 2020.



2

{B3421254}