# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHTERN DISTRICT OF ALABAMA
## EASTERN DIVISION

THOMAS E. VINSON, *et al.*

    Plaintiffs,

vs.

EXTREME PRODUCTS GROUP, LLC, *et al.*

    Defendants.

CASE No: 1:20-CV-000321-CLM

## DECLARATION OF CHRISTOPHER LEE

1.    My name is Christopher Lee. I am over twenty-one (21) years of age and fully competent to make this Declaration. I currently employed by KKR & Co. Inc. or one of its subsidiaries (together with its subsidiaries, "KKR"). I am an Assistant Secretary of KKR & Co. Inc. and currently employed as KKR's General Counsel of Americas Private Markets and Principal Activities.

2.    I have reviewed the documents relating to the ownership structure of Academy Ltd.

3.    Based on my review of those documents, the ownership of Academy Ltd. is, in part, as follows: A member of New Academy Holding Company LLC is Allstar LLC. One of the members of Allstar LLC is KKR 2006 Fund (Allstar) L.P. One of the limited partners in KKR 2006 Fund (Allstar) L.P. is an insurance company domiciled in New Jersey.

{B3475336}

I declare under penalty of perjury of the laws of the United States and the State of Alabama that the foregoing is true and correct.

Dated:  May __, 2020.

                                                                                                           _____