IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS E. VINSON, et al. | ) |
| Plaintiffs, | ) ) ) |
| EXTREME PRODUCTS GROUP, LLC, et. al., | ) Civil Action No.: 1:20-CV-00321-CLM ) ) ) |
| Defendants. | ) |

## DECLARATION OF GLENN GRIFFIN

COMES NOW Glenn Griffin, being a mentally competent adult, and testifies as follows:

1. My name is Glenn Griffin. I have personal knowledge of the information in this Declaration.

2. Extreme Products Group, LLC is a Delaware limited liability company with one member. I am Extreme Products Group's sole member. I am domiciled in the State of Arizona, and I am a resident citizen of the State of Arizona.

3. I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct, and that this Declaration was executed on this the _10_ day of _April_, 2020.

_____
Glenn Griffin

{DOC# 00652385}          Page 1 of 1